

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Jamil Sayfi d/b/a Farmers Truck Center, Appellant<br><br>No. 06-15-00077-CV      v.<br><br>The State of Texas, Appellee | Appeal from the 53rd District Court of Travis County, Texas (Tr. Ct. No. D-1-GV-08-001425). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating. |

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Jamil Sayfi d/b/a Farmers Truck Center, pay all costs of this appeal.

RENDERED OCTOBER 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk